IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEXUS COLLIER,<br>SHABRE WILLIAMS,<br>NYKKEAH MANSFIELD,<br>TORRECE MILTON,<br>KIAJAH POWELL, ALEXYS COUCH<br>and HERAN SEIFU, individually and on<br>behalf of all others similarly situated<br><br>          Plaintiffs,<br><br>vs.<br><br>RCI DINING SERVICES (INDIANA),<br>INC. d/b/a THE PONY, a Texas corporation,<br>CHARLES GERALD WESTLUND,<br>an individual, and MATT JESSE,<br>an individual,<br>          Defendants. | Case No.: 1:22-CV-747 |

## PLAINTIFF TORRECE MILTON'S NOTICE OF ACCEPTANCE OF DEFENDANTS FED. R. CIV. P. 68 OFFER OF JUDGMENT

**COMES NOW** Plaintiff Torrece Milton ("Milton"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of Defendants RCI Dining Services Inc. d/b/a The Pony, Charles Westlund Jr. a/k/a Jerry Westlund, and Matt Jesse (hereby jointly referred to as "Defendants") Fed. R. Civ. P. Offer of Judgment as follows:

1. Plaintiff Alexus Collier, Shabre Williams, Nykkeah Mansfield, Torrece Milton, Kiajah Powell, Alexys Couch and Heran Seifu filed this FLSA Collective Action on April 13, 2022. *See* Dkt. 1.

2. On June 30, 2022, Defendants served plaintiff Torrece Milton with a Fed R. Civ. P. 68 Offer of Judgment in this action in the amount of $18,888.89, inclusive of reasonable attorney's fees and costs. *See* **Exhibit 1.**

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff Torrece Milton timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing

system to Defendants' attorneys of record.

Dated: July 13, 2022

                          */s/ Brian Custy*
                          Brian Custy
                          Indiana Bar No. 26329-64
                          **CUSTY LAW FIRM, LLC**
                          4004 Campbell St., Suite 4
                          Valparaiso, IN 46385
                          Telephone: (219) 286-7361
                          Fax: (317) 458-2001
                          *bcusty@custylaw.com*
                          ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I certify that on July 13, 2022, I filed the foregoing pleadings/document with the Clerk of the Court using the CM/ECM filing system and cause the foregoing to be served to each party or counsel for each party.

                                                /s/ Brian Custy_____
                                                Attorney Number: 26329-64

CUSTY LAW FIRM, LLC
4004 Campbell St., Ste. 4
Valparaiso, IN 46385
T: 219/286-7361
E: abrown@custylaw.com