UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEXUS COLLIER, SHABRE WILLIAMS, NYKKEAH MANSFIELD, TORRECE MILTON, KIAJAH POWELL, ALEXYS COUCH, and HERAN SEIFU, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RCI DINING SERVICES (INDIANA), INC. d/b/a THE PONY, CHARLES GERALD WESTLUND a/k/a JERRY WESTLUND, JR., and MATT JESSE, <br><br> Defendants. | No. 1:22-cv-00747-RLY-MG |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

On July 13, 2022, Plaintiff, Alexus Collier, filed a Notice of Acceptance of Defendants' Fed. R. Civ. P. 68 Offer of Judgment. (*See* Filing No. 15). Accordingly, judgment is hereby entered in favor of Plaintiff Collier and against Defendants in the amount of $18,888.89.

**SO ORDERED** this 27th day of July 2022.

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1